UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------x     Mag./Crim. No. 09-501

UNITED STATES OF AMERICA,

                                            ORDER REQUESTING
-AGAINST-                  PERMISSION
                                            TO TRAVEL

KELVIN CORBIN
                    Defendant.
-------------------------------------------------------x

**PLEASE TAKE NOTICE**, that I, Christopher Renfroe, Esq., an attorney duly admitted to practice Law in the State of New Jersey do hereby request on behalf of KELVIN CORBIN permission to travel to his residence located at 107 Maple Street, Neysville, NC on Friday, April 23, 2010. His telephone number in North Carolina is 910-743-0447 and his cell is 917-577-3894. Mr. Corbin plans on driving to North Carolina alone and staying at said location until Sunday, May 2, 2010 at which time he will drive back to New York.

AUSA Leslie Schwartz and Pre-trial Officer Michelle Roman have no objection to Kelvin Corbin traveling to North Carolina.

Pre-trial Officer Travis Smith and he takes no position on the matter.

Dated: Forest Hills, NY
        April 22, 2010

Yours, Etc.

_Christopher Renfroe_
Christopher Renfroe, Esq.

_Michelle Roman_
Michelle Roman, Pre-Trial

_AUSA Leslie Schwartz_
AUSA Leslie Schwartz

SO ORDERED: **4/23/2010**

STANLEY R. CHESLER
United States District Judge