UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x      Mag./Crim. No. 09-501

UNITED STATES OF AMERICA,

              -AGAINST-                        ORDER REQUESTING
                                                            PERMISSION
                                                            TO TRAVEL

KELVIN CORBIN
                          Defendant.
-----------------------------------------------------------x

    PLEASE TAKE NOTICE, that I, Christopher Renfroe, Esq., an attorney duly admitted to practice Law in the State of New Jersey do hereby request on behalf of KELVIN CORBIN permission to travel to his residence located at 107 Maple Street, Neysville, NC on Thursday, December 23, 2010. His telephone number in North Carolina is 910-743-0447 and his cell is 917-577-3894. Mr. Corbin plans on driving to North Carolina alone and staying at said location until Tuesday, December 28, 2010 at which time he will drive back to New York.

    AUSA Leslie Schwartz and Pre-trial Officer Daniel Milne have no objection to Kelvin Corbin traveling to North Carolina.

Dated: Forest Hills, NY
         December 21, 2010

Yours, Etc.

_____
Christopher Renfroe, Esq.

_____
Daniel Milne, Pre-Trial

_____
AUSA Leslie Schwartz

SO ORDERED:
_____
Judge Stanley R. Chesler
United States District Court of NJ
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101