2010 Dec 22 10:05AM   RENFROE & QUINN           7185752918                    p.1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------x
UNITED STATES OF AMERICA,                    Mag./Crim. No. 09-501

                                             ORDER REQUESTING
        -AGAINST-                            PERMISSION
                                             TO TRAVEL

KELVIN CORBIN
                        Defendant.
----------------------------------------x

PLEASE TAKE NOTICE, that I, Christopher Renfroe, Esq., an attorney duly admitted to practice Law in the State of New Jersey do hereby request on behalf of KELVIN CORBIN permission to travel to his residence located at 107 Maple Street, Neysville, NC on Thursday, December 23, 2010. His telephone number in North Carolina is 910-743-0447 and his cell is 917-577-3894. Mr. Corbin plans on driving to North Carolina alone and staying at said location until Tuesday, December 28, 2010 at which time he will drive back to New York.

AUSA Leslie Schwartz and Pre-trial Officer Daniel Milne have no objection to Kelvin Corbin traveling to North Carolina.

Dated: Forest Hills, NY
       December 21, 2010

Yours, Etc.

Christopher Renfroe, Esq.

Daniel Milne, Pre-Trial

AUSA Leslie Schwartz

SO ORDERED:                                    1/3/2011

Judge Stanley R. Chesler
United States District Court of NJ
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101